ND/GA PROB 12B
(6/12)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 04 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## Violation Report and Petition to Modify Conditions of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Terence Dubose**          Docket No. **1:20-CR-00441-AT**

Judicial Officer:   **Honorable Amy Totenberg**
                    **U. S. District Court Judge**

Date of Original Sentence: **January 24, 2005**      Sentencing District: **Middle District of Georgia**

Original Offense: **Conspiracy to Possess with Intent to Distribute 50 Grams or More of Cocaine Base, "Crack Cocaine", 21 U.S.C. §§ 841(a)(1), 841(B)(1)(A)(iii) and 846**

Original Sentence: **Two Hundred and Forty (240) months imprisonment followed by five (5) years of supervised release.**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **April 16, 2018**

Date Jurisdiction Transferred: **November 18, 2020**

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 14, 2020, Dubose reportedly struck his wife (open hand) and destroyed her cell phone by throwing it to the ground. Dubose denies striking his wife, but he admits to having occasional mood swings which causes him to respond irrationally at times. Dubose has struggled with mood swings his entire life and he reported a family history of bi-polar disorder and schizophrenia (mother and sister). Dubose's girlfriend, Marina Nicole Anderson, confirmed Dubose's sudden mood swings. The above incident is directly related to one of those mood swings. This officer believes Dubose will benefit from a mental health evaluation to determine if he is struggling with an undiagnosed/untreated mental illness. Dubose and his girlfriend also believe he could benefit from mental health treatment. Dubose was presented with a waiver of hearing form, and after explaining his rights to a hearing, Dubose signed the waiver agreeing to participate in a mental health treatment program.

PREVIOUS VIOLATION(S) REPORTED TO THE COURT:

Violation conduct for illegal drug use (marijuana), traveling outside the district without permission, and failing to notify the USPO within 72 hours of contact with law enforcement, was previously submitted to the Court in the Middle District of Georgia. To address the non-compliance, the conditions of supervision were modified to include 90 days curfew, participation in MRT, and substance abuse counseling. Dubose completed all requirements without issues.

A petition with request for a summons was submitted to Your Honor on November 23, 2020, after Dubose committed a new criminal offense (Simple Battery and Criminal Trespass). Your Honor deferred taking any action until the Clayton County proceedings are concluded.

PETITIONING THE COURT:

To modify the conditions of supervision as follows:

**PRAYING THAT THE COURT WILL ORDER the condition of supervised release be modified to include: The defendant shall participate in a mental health treatment program under the guidance and supervision of the U.S. Probation Officer.**

Respectfully submitted,

*Danny McMillan*                12/31/2020              *Rana Riner*                  12/31/2020
Danny McMillan Jr.              Date                    Rana R. Riner                 Date
U. S. Probation Officer                                 Supervising U. S. Probation Officer
404-215-1951

---

THE COURT ORDERS:

☒ The modification of conditions as noted above.

☐ No Action

☐ Other

*[signature]*

Honorable Amy Totenberg
U. S. District Court Judge


December 31, 2020
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

### Waiver of Hearing to Modify Conditions
### of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a mental health treatment program under the guidance and supervision of the U.S. Probation Officer.

Signed:                                             Witness:

_____                           _____
        Terence Dubose                                      Danny McMillan Jr.
        Supervised Releasee                                 U. S. Probation Officer

Date:  12-22-20